Case 1:05-cv-00315-OWW-LJO   Document 26   Filed 05/16/06   Page 1 of 3
MAY-11-06 15:43  Case 1:05-cv-00315-OWW-LJO   Document 25   Filed 05/12/2006   Page 1 of 3
May 11 06 04:32p   JUAN FALCON & ASSOCIATES                    (559) 499-2022

Margaret Rosenthal (Bar No. 147501)
Natasha A. Bellroth (Bar No. 223482)
JENKENS & GILCHRIST LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Telephone: (310) 820-8800
Facsimile:    (310) 820-8859
E-mail: mrosenthal@jenkens.com
E-mail: nbellroth@jenkens.com

Michael W. Padgett (admitted *pro hac vice*)
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone: (317) 968-5402
Facsimile: (317) 236-9907
E-mail:  mpadgett@binghammchale.com

Attorneys for Defendants
SAINT-GOBAIN CONTAINERS, INC.

**FILED**
MAY 1 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA [FRESNO DIVISION]

| | |
|---|---|
| EDWARD MILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SAINT-GOBAIN GLASS CONTAINER COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:05-CV-00315-OWW-LJO<br><br>[Honorable Oliver W. Wanger]<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

///
///
///


Case 1:05-cv-00315-OWW-LJO   Document 26   Filed 05/16/06   Page 2 of 3
MAY-11 Case 1:05-cv-00315-OWW-LJO   Document 25   Filed 05/12/2006   Page 2 of 3
May 11 06 04:32p    JUAN FALCON & ASSOCIATES    (559) 499-2622    p.3

TO THE COURT, TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1); each party to bear their own costs.

DATED: May 12, 2006

JENKENS & GILCHRIST LLP
MARGARET ROSENTHAL
NATASHA A. BELLROTH

BINGHAM MCHALE LLP
MICHAEL W. PADGETT
(admitted *pro hac vice*)

_____
MARGARET ROSENTHAL
Attorneys for Defendants
SAINT-GOBAIN CONTAINERS, INC.

DATED: May 5, 2006

JUAN M. FALCON & ASSOCIATES, INC.

_____
JUAN M. FALCON
Attorneys for Plaintiff
EDWARD MILTON

2

STIPULATION FOR DISMISSAL AND ORDER THEREON

Case 1:05-cv-00315-OWW-LJO   Document 26   Filed 05/16/06   Page 3 of 3
Case 1:05-cv-00315-OWW-LJO   Document 25   Filed 05/12/2006   Page 3 of 3
MAY-11-06 16:43                  559 499-2629              (559) 499-2622       p.4
May 11 06 04:32p     JUAN FALCON & ASSOCIATES

ORDER

IT IS SO ORDERED:

DATED: 5-16-2006

HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT
JUDGE

---

3                               STIPULATION FOR DISMISSAL AND ORDER THEREON